Dismissed and Memorandum Opinion filed April 22, 2004









Dismissed and Memorandum Opinion filed April 22, 2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00178-CR

____________

 

DANNY EUGENE
SIMS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
23rd District Court

Brazoria
County, Texas

Trial Court Cause No. 45,340

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to felony driving while
intoxicated.  In accordance with the
terms of a plea bargain agreement with the State, on December 11, 2003, the
trial court sentenced appellant to confinement for three years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, the defendant has no right of
appeal, and the defendant waived any right of appeal.  See Tex.
R. App. P. 25.2(a)(2).  The trial
court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 22, 2004.

Panel consists of Chief Justice Hedges
and Justices Frost and Guzman. 

Do Not Publish C Tex. R. App.
P. 47.2(b).